NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RONALD FISHER,                    )
                                  )
          Appellant,              )
                                  )
v.                                )          Case No. 2D18-4248
                                  )
STATE OF FLORIDA,                 )
                                  )
          Appellee.               )
_____  )

Opinion filed May 22, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Charlotte County; Paul Alessandroni,
Acting Circuit Judge.

Ronald Fisher, pro se.


PER CURIAM.


          Affirmed.  See Toomer v. State, 895 So. 2d 1256 (Fla. 1st DCA 2005);

Teart v. State, 866 So. 2d 145 (Fla. 1st DCA 2004); Sherwood v. State, 745 So. 2d 378

(Fla. 4th DCA 1999).


SILBERMAN, MORRIS, and SALARIO, JJ., Concur.